**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Jenita Williams, <br><br> Plaintiff, <br> v. <br><br> Edward Sloan and Associates, Inc., <br><br> Defendant. | Civil Action No.: 6:18-cv-00247-JDK-KNM |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 21, 2019

Respectfully submitted,

By: */s/ Jody B. Burton*

Jody B. Burton, Esq.
CT Bar No.: 422773
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jburton@lemberglaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By   /s/ Jody B. Burton

                                            Jody B. Burton