# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Jenita Williams, | : |
| | : Civil Action No.: 6:18-cv-00247-JDK-KNM |
| Plaintiff, | : |
| v. | : |
| Edward Sloan and Associates, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Jenita Williams | Edward Sloan and Associates, Inc. |
| ___/s/ Jody B. Burton_____ | __/s/ Keith Wier_____ |
| Jody B. Burton, Esq. | Keith Wier, Esq. |
| CT Bar No. 422773 | State Bar No. 21436100 |
| LEMBERG LAW, L.L.C. | MAURICE WUTSCHER LLP |
| 43 Danbury Road, 3rd Floor | 6136 Frisco Square Blvd., Suite 400 |
| Wilton, CT 06897 | Frisco, Texas 75034 |
| Telephone: (203) 653-2250 | Telephone: (512) 949-5914 |
| Facsimile: (203) 653-3424 | Facsimile: (888) 852-5729 |
| jburton@lemberglaw.com | kwier@mauricewutscher.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Jody B. Burton_____
                                               Jody B. Burton