# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JENITA WILLIAMS, § § § Plaintiff, § § v. § Case No. 6:18-CV-247-JDK-KNM § EDWARD SLOAN AND ASSOCIATES, § INC., § § Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal. Docket No. 25. The parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and stipulate to the dismissal of the above-captioned action with prejudice. Docket No. 25 at 1. The parties further stipulate that each party should bear its own costs. *Id*. Having considered the matter, it is **ORDERED** that the parties' Stipulation of Dismissal is **GRANTED**. Pursuant to the Stipulation of Dismissal, all claims asserted in this suit by and between parties are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

So **ORDERED** and **SIGNED** this **15th** day of **May, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE